USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DAMON JONES, on behalf of himself and all   :
others similarly situated,                 :        22-CV-7356(VEC)
                     Plaintiff,   :
       -against-              :        ORDER
                            :
                            :
JK MOSS ENTERPRISES, LLC,     :
                            :
                            :
               Defendant.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are currently scheduled to appear for an initial pre-trial

conference on Friday, January 6, 2023 at 10:00 A.M., *see* Dkt. 9; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the pre-trial conference is adjourned until **Friday,**

**January 13, 2023 at 10:00 A.M.** The deadline for the parties to submit a joint letter as set forth

in Dkt. 5 is extended from Thursday, December 29, 2022 until **Thursday, January 5, 2023**. The

deadline for Defendant to answer or move to dismiss remains **Friday, December 30, 2022**.

**SO ORDERED.**

**Date: December 19, 2022**
     **New York, New York**               **VALERIE CAPRONI**
                                      **United States District Judge**