

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2023

**Ross M. Greenky**
*Counsel*

January 5, 2023

<u>VIA CM/ECF</u>

Hon. Valerie E. Caproni
United States Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

  Re: <u>Damon Jones et al. v. JK Moss Enterprises, LLC Initial Conference</u>
    Civil Action No. 1:22-cv-7356

Dear Judge Caproni:

  As you know, this office represents JK Moss Enterprises, ("Defendant") in the above-referenced matter.

  On December 22, 2022, you granted an extension for Defendant to answer until January 23, 2023. This order did not mention any accompanying extension for the Initial Conference, which is currently scheduled for January 13. We respectfully request the Initial Conference be rescheduled for a date after the Answer is due.

  Thank you for your consideration. If you have any questions, please do not hesitate to contact me at (315) 425-2702.

           Respectfully submitted,

           */s/ Ross M. Greenky*

           Ross M. Greenky

cc: All Counsel of Record (via CM/ECF)

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202 barclaydamon.com
RGreenky@barclaydamon.com Direct: (315) 425-2702 Fax: (315) 703-6246
25690891.1

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, January 13, 2023 at 10 A.M. is hereby adjourned until **Friday, February 3, 2023 at 10 A.M.** The deadline for the parties to submit a joint letter and case management plan as set forth in Dkt. 5 is extended from Thursday, January 5, 2023 until **Thursday, January 26, 2023**.

SO ORDERED.

*Valerie Caproni*   01/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE